# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/8/2021** at **9:35 AM** at **45th Precinct, 2877 Barkley Ave, Bronx, NY 10465**, Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **P.O. Gregg Albaum, Shield No. 2076**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Sgt. Polanco,** , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38**  Height(Approx): **5'10"**  Weight(Approx): **190-200 lbs**  Glasses: **No** Other:

On **12/9/2021**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December __13__ 2021

John L Hudak

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042

Case No: 1638533

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/8/2021** at **9:35 AM** at **45th Precinct, 2877 Barkley Ave, Bronx, NY 10465**,
Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **P.O. Jonathan Santos, Shield No. 11604**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Sgt. Polanco,** , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38**  Height(Approx): **5'10"**  Weight(Approx): **190-200 lbs**  Glasses: **No** Other:

On **12/9/2021**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December 13  2021

John L Hudak
License No. 1392295

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042

Case No: 1638534

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/8/2021** at **9:35 AM** at **45th Precinct, 2877 Barkley Ave, Bronx, NY 10465**, Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **P.O. Edward Reyes, Shield No. 13503**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Sgt. Polanco,** , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38** Height(Approx): **5'10"**  Weight(Approx): **190-200 lbs**  Glasses: **No** Other:

On **12/9/2021**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December 13 2021

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

John L Hudak
License No. 1392295

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1638535

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/08/2021** at **9:20 AM** at **FedEx Ground, 635 Zerega Ave, Bronx, NY 10473**,
Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **Juan Valerio**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Juan Valerio**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38** Height(Approx): **5'11"**  Weight(Approx): **200-225 lbs**  Glasses: **No** Other:

I asked the defendant/respondent/recipient if he/she was in active military service of the United States or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent/recipient is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December 13 2021

John L Hudak
License No. 1392295

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042

Case No: 1638536

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/8/2021** at **9:20 AM** at **FedEx Ground, 635 Zerega Ave, Bronx, NY 10473**,
Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **Marco Delossantos**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Juan Valerio,** , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38**  Height(Approx): **5'11"**  Weight(Approx): **200-225 lbs**  Glasses: **No**  Other:

On **12/09/2021**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December 13, 2021

John L Hudak
License No. 1392295

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1638537

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/08/2021** at **9:35 AM** at **45th Precinct, 2877 Barkley Ave, Bronx, NY 10465**, Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **Sgt. Kevin Major, Shield No. 3437**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Sgt. Polanco**, , a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan**  Hair: **Brown**  Age (Approx): **38**  Height(Approx): **5'10"**  Weight(Approx): **190-200 lbs**  Glasses: **No**  Other:

On **12/09/2021**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December 13 2021

John L Hudak
License No. 1392295

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1638532

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Ryan Paige
Plaintiff(s),

vs.

City of New York, et al.
Defendant(s).

ATTORNEY: SIM & DEPAOLA, LLP

INDEX NUMBER: 816220/2021E

DATE OF FILING: 11/29/2021

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau   ss:

I, Alexander James, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/06/2021** at **12:28 PM** at CT Corp, 28 Liberty Street, New York, NY **10005**,
Deponent served the **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **Federal Express Corporation,** defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Paula Castro** personally, a person who stated to be an authorized agent to receive process service for **Federal Express Corporation**. Deponent knew said corporation so served to be the corporation described in said **Summons and Verified Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Intake Specialist** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Brown**  Age (Approx): **37**  Height(Approx): **5'5"**  Weight(Approx): **150 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December _____ 7 _____ 2021

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK
COMMISSION EXPIRES SEPTEMBER 20, 2025

Alexander James
License No. 1438821

Ultimate Process Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1638531

1 of 1