# EXHIBIT "C"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| | |
|---|---|
| RYAN PAIGE, | Index No.: 816220/2021E |
| Plaintiff, | |
| -against- | **NOTICE OF REMOVAL** |
| CITY OF NEW YORK, FEDERAL EXPRESS CORPORATION, KEVIN MAJOR, GREGG ALBAUM, JONATHAN SANTOS, EDWARD REYES, JUAN VALERIO, MARCO DELOSSANTOS, AND JOHN OR JANE DOE 1-15, | |
| Defendants. | |

TO: Clerk of the Supreme Court  
County of Bronx  
851 Grand Concourse  
Bronx, NY 10451

Samuel C. DePaola, Esq.  
Sim & DePaola, LLP  
Attorney for Plaintiff  
42-40 Bell Blvd, Suite 201  
Bayside, New York 11361

**PLEASE TAKE NOTICE**, that Defendant FEDERAL EXPRESS CORPORATION, has filed in the United States District Court for the Southern District of New York, a Notice of Removal (a copy of which is annexed hereto as **Exhibit A**) to remove the above-captioned case from the Supreme Court of the State of New York, County of Bronx.

[signature block on next page]

**PLEASE TAKE NOTICE** that this Court shall proceed no further in this action unless and until the case is remanded.

Dated: New York, New York
       December 28, 2021

                                          Respectfully submitted,

                                      By: */s/ Christopher S. Del Bove*
                                             CHRISTOPHER S. DEL BOVE, ESQ.
                                             CALLAHAN FUSCO, LLC
                                             40 Exchange Place, 18th Floor
                                             New York, NY 10005
                                             CDelBove@callahanfusco.com
                                             877-618-9770

                                             Attorneys for Defendant
                                             FEDERAL EXPRESS CORPORATION