```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

RYAN PAIGE,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-11104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file a reply in support of the motion to remand by March 11, 2022. The case is stayed pending a decision on the motion to remand.

SO ORDERED.

Dated:    New York, New York
            February 23, 2022

                                              _____
                                                John G. Koeltl
                                          United States District Judge