UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN PAIGE,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

21-cv-11104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit one set of paper courtesy copies of all papers filed in connection with the plaintiff's fully-briefed motion to remand.

SO ORDERED.

Dated:    New York, New York
           March 22, 2022

                                            John G. Koeltl
                                  United States District Judge