UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN PAIGE,

            Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

            Defendants.

21-cv-11104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the plaintiff may file an amended complaint by **June 23, 2023**. The defendants should answer or move in response to the amended complaint (or the original complaint, if no amended complaint is filed) by **July 14, 2023**. If the defendants make a motion, the plaintiff's opposition is due on **August 4, 2023**, and replies are due on **August 18, 2023**. No pre-motion conference is necessary. If the defendants answer, the parties should submit a Rule 26(f) report by **August 4, 2023**.

    This case shall be removed from the U.S. District Court for the Southern District of New York's Plan for Certain § 1983 Cases Against the City of New York.

SO ORDERED.

Dated:    New York, New York
            June 7, 2023

                                          John G. Koeltl
                                 United States District Judge