```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
RYAN PAIGE,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendant.

21-cv-11104 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear via telephone on **November 29, 2023**, at **2:30 p.m.**, for oral argument on the motion to dismiss.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
           November 14, 2023

                                            _____
                                                John G. Koeltl
                                        **United States District Judge**