```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RYAN PAIGE,

               Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

               Defendant.

21-cv-11104 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by January 12, 2023.

SO ORDERED.

Dated:    New York, New York
           November 29, 2023

                                       John G. Koeltl
                               United States District Judge