UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN PAIGE,

                    Plaintiff,

          - against -

CITY OF NEW YORK, ET AL.,

                    Defendant.

21-cv-11104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated at the conference held on November 29, 2023, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. All claims against FedEx and Valerio are **dismissed with prejudice** except as follows: Counts Five, Seven, and Nine, and Twenty-Three against Valerio are not dismissed; Counts Five, Six, Seven, Eight, Nine, Ten, Twenty-Two, and Twenty-Three against FedEx are **dismissed without prejudice**; and Counts Six, Eight, and Ten against Valerio are **dismissed without prejudice.**

The plaintiff may file an amended complaint within 30 days. The Clerk is respectfully requested to close ECF Nos. 38 and 39. **SO ORDERED.**

Dated:    New York, New York
          November 29, 2023

_____
        John G. Koeltl
United States District Judge