```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

RYAN PAIGE,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

───────────────────────────────

21-cv-11104 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **January 4, 2023**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            January 2, 2024

                                    /s/ John G. Koeltl
                                          **John G. Koeltl**
                            **United States District Judge**