```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

RYAN PAIGE,

                                                     21-cv-11104 (JGK)

        Plaintiff,

                                                     <u>ORDER</u>

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The telephone conference on **January 4, 2024**, at **2:30 p.m.** is rescheduled to **January 8, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
             January 3, 2024

                                              /s/ John G. Koeltl
                                            **John G. Koeltl**
                            **United States District Judge**