```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------
RYAN PAIGE,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

21-cv-11104 (JGK)

ORDER

---------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 4, 2024.

SO ORDERED.

Dated:    New York, New York
           March 14, 2024

                                      _____
                                          John G. Koeltl
                                    United States District Judge