UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN PAIGE,

                    Plaintiff,                         21-cv-11104 (JGK)

        - against -                                    ORDER

CITY OF NEW YORK, ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

It having been reported to this Court that the parties have
settled this action, it is hereby ordered that this matter be
discontinued with prejudice but without costs; provided, however,
that within 30 days of the date of this order, counsel for the
plaintiff may apply by letter for restoration of the action to the
calendar of the undersigned, in which event the action will be
restored.

Any application to reopen must be filed within thirty (30)
days of this order; any application to reopen filed thereafter may
be denied solely on that basis. Further, if the parties wish for
the Court to retain jurisdiction for the purpose of enforcing any
settlement agreement, they must submit the settlement agreement to
the Court within the same thirty-day period to be so-ordered by
the Court. Unless the Court orders otherwise, the Court will not
retain jurisdiction to enforce a settlement agreement unless it is
made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:      New York, New York**
**            November 26, 2024**

_____
John G. Koeltl
**United States District Judge**